**Order entered May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00571-CV

## IN RE STEWART AZELL CROSS, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0037054-SP**

## ORDER

Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     ADA BROWN
JUSTICE